**\*E-Filed 11/3/10 \***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Adobe Systems Incorporated, | No. C 09-05170 RS |
| Plaintiffs, | **STANDBY ORDER TO SHOW CAUSE** |
| v. | |
| Paul Santos, Purplus Inc., | |
| Defendants. | |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **January 6, 2011**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 13, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated:  11/3/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-05170 RS

STANDBY ORDER TO SHOW CAUSE

2